IN THE UNITED STATES DISTRICT COURT for the DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | :  1:21-cr-00048-ABJ |
| DENNIS SIDORSKI | : |

<u>LINE ENTERING APPEARANCE</u>

Please enter the appearance of attorney Nikki Lotze and the law firm LOTZE MOSLEY, LLP, for the defendant, Dennis Sidorski, in the above captioned matter.

*Nikki Lotze*

Nikki Lotze
LOTZE MOSLEY, LLP
400 7th Street, NW
Suite 202
Washington, D.C. 20004
(202) 393-0535 office
(240) 205-3082 cellular
nlotze@lotzemosley.com