AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Dennis Sidorski<br><br>_Defendant_ | Case: 1:21-mj-00055<br>Assigned to: Judge Zia M. Faruqui<br>Assign Date: 1/14/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Dennis Sidorski,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

18 U.S.C. 1752 (a)(2)- Knowingly Engages in Disorderly or Disruptive Conduct in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/14/2021

Zia M. Faruqui
2021.01.14 12:31:38 -05'00'

_Issuing officer's signature_

City and state:   Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 01/14/21, and the person was arrested on _(date)_ 01/15/21
at _(city and state)_ Ashburn, VA.

Date: 01/15/21

_Arresting officer's signature_

Christopher Truslow   Special Agent
_Printed name and title_