UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | Case No.: 21-cr-48(ABJ) |
| **DENNIS SIDORSKI,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Special Assistant United States Attorney Sonia Mittal. Special Assistant United States Attorney Sonia Mittal will be substituting for Assistant United States Attorney Jeffrey N. Poulin.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By:  /s/ *Sonia Mittal*
Sonia Mittal
Illinois Bar No. 6314706
Special Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, DC 20530
Tel. (202) 252-7759
sonia.mittal@usdoj.gov

## **CERTIFICATE OF SERVICE**

      On this 21st day of May 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

      /s/ *Sonia Mittal*
SONIA MITTAL
Special Assistant United States Attorney