## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | :   **21-CR-48 (ABJ)** |
| v. | : |
| | : |
| **DENNIS SIDORSKI** | : |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING & WAIVE SPEEDY TRIAL TIME

By and through undersigned counsel, Dennis Sidorski hereby waives his rights under the Speedy Trial Act between August 17, 2021, and the next date selected for a status hearing and, with the consent of the Government, hereby seeks a 60 day continuance of his currently scheduled status hearing. In support of this motion, counsel states the following:

1. Mr. Sidorski is before the Court charged in connection with the events of January 6, 2021, with knowingly entering or remaining in a restricted building; disorderly conduct in a restricted building, and violent entry and disorderly conduct on Capitol Grounds.

2. A status hearing is currently set in the matter for August 17, 2021.

3. However, the parties have conferred and need additional time to explore a disposition short of trial in the matter.

    a. Specifically, the parties have discussed a tentative agreement which requires that Mr. Sidorski meet with the Agents to (again) assist them in review of his social media accounts.

    b. Because of the passage of so much time since he deleted these accounts, Mr.

Sidorski experienced some roadblocks to re-establishing his accounts but recently was able to re-establish one of them.

4. This process was additionally delayed because undersigned counsel was in a 3.5 week long co-defendant homicide retrial for most of the month of July, and was therefore slow to respond to attempts to coordinate the effort.

5. Counsel has discussed the request with assigned AUSA Sonia Mittal, who represents that the government does not oppose the instant motion.

6. In addition, Mr. Sidorski requests that the Speedy Trial Act be tolled between August 17, 2021, and the next scheduled status hearing date.

7. Further, both counsel are available on any of the following dates convenient to the Court, or, alternatively, are happy to coordinate a different date convenient to the Court:

>     **10/18-21/21 any time**
>     **10/22/21 after 12pm**
>     **10/25-29/21 any time**

WHEREFORE, the defense respectfully requests that the currently scheduled status hearing be continued to any of the following dates: or, alternatively, to a different date convenient to all.

Respectfully submitted,

*Nikki Lotze*

Nikki Lotze
LOTZE MOSLEY, LLP
400 7TH Street, NW
Suite 202
Washington, DC 20004
(202) 393-0535