**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No: 1:21-CR-00048-ABJ** |
| **v.** : | |
| : | |
| **DENNIS SIDORSKI,** : | **18 U.S.C. § 1752(a)(2)** |
| : | |
| **Defendant.** : | |

**FILED**
JAN 2 1 2022
Clerk, U.S. District and
Bankruptcy Courts

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, [NAME], with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

1/21/22

1

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd


1/21/22

encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *SIDORSKI's Statements Prior to the January 6, 2021, Capitol Breach*

8. SIDORSKI is the owner of a profile on Parler. Parler is a microblogging and social networking service application, similar to Twitter, in which people can make statements of their own for other Parler users to see, as well as support the statements of others in a variety of ways. After the official results of the 2020 presidential election, SIDORSKI made the following relevant statements through the Parler application.

9. On November 20, 2020 SIDORSKI wrote: "I will never unite with today's leftist insane democratic party . . . It's all out war against these cheating leftist democrats and I will never comply with their decrees and mandates. People are finally waking up to these globalist tyrants who really got their asses handed to them in this election and the fraud and cheating is so obvious



and over 72 million Americans owning this election was a sham. Friggin dementia joe and a hoe. You got to be kidding me. While republicans picked up massive numbers of seats and not one incumbent lost in the house for the Repubs. Ya. I'm sure dementia joe won this election."

10. On January 5, 2021, SIDORSKI wrote: "Wait for the patriots from MD/PA/NC/VA (where I'm from) get there. It's going to be wild. See you all there!!!" On that same date, SIDORSKI "upvoted" (similar to "liking" on Twitter) the following comment: "Those idiot lawmakers in the Capitol building have no idea what civil unrest is till we the people march into that Capitol building and drag him out by the hair of their heads and boot their butts back home. That is the people's house of representatives. They're about to get served eviction notices."

### *SIDORSKI's Participation in the January 6, 2021, Capitol Breach*

11. On January 6, 2021, SIDORSKI traveled to Washington D.C. to attend the "Stop the Steal" rally. He attended the rally to lawfully protest the results of the 2020 presidential election. SIDORSKI wore a green hat with "III" written on it to the rally. The "III" is a reference to the Three-Percenters, a militia group. He also wore a black sweatshirt with "AMERICAN SUPREMACIST" written on it.

12. After the speeches, however, SIDORSKI walked with the crowd towards the United States Capitol. SIDORSKI later described the scene when he arrived outside the Capitol as a "melee." At approximately 2:08 p.m., outside the west side of the Capitol, near the northwest scaffold by the northwest Capitol steps, SIDORSKI observed individuals in the crowd shouting obscenities at a line of Metropolitan Police Department officers, including officers walking toward the Capitol.

13. SIDORSKI observed individuals pushing and fighting with the officers. At one point, SIDORSKI himself made physical contact with an officer that was engaged in a physical

*BA*
*1/21/22*

conflict with another individual. For a three-second period, SIDORSKI placed his left hand on the officer's left shoulder and left arm. After the brief contact, that officer, and the other officers in the police line slowly continued toward the Capitol amongst a torrent of individuals engaging them in verbal abuse and physical contact.

14. After this, SIDORSKI continued towards the Capitol. SIDORSKI entered the Capitol Building through the Senate Wing Door at 2:14 pm, approximately one minute after the door had been kicked in and the adjoining windows smashed.

15. SIDORSKI walked through and/or remained in several areas on multiple floors of the Capitol Building, including the Rotunda, Statuary Hall, Upper House Door, as well as the suite of offices of Nancy Pelosi, Speaker of the United States House of Representatives, going through multiple offices over a period of six minutes. While inside the Capitol Building, SIDORSKI recorded two videos of individuals shouting at law enforcement officers. SIDORSKI also observed individuals pushing police officers inside the Capitol. SIDORSKI was inside of the Capitol for approximately 37 minutes, leaving at 2:51 p.m. through the East Front House Doors.

16. At some point after the Capitol riot, SIDORSKI deleted his Facebook account, and threw away the "AMERICAN SUPREMACIST" sweatshirt he wore inside the Capitol after seeing his photo on the news.

17. For purposes of this statement, SIDORSKI admits that on January 6, 2021, he knowingly entered the United States Capitol, a restricted building. SIDORSKI admits that, at the time he entered, he was aware that he was not authorized to be inside of the Capitol, yet entered anyway. SIDORSKI further admits that he knowingly and intentionally engaged in disorderly and disruptive conduct inside of, and in close proximity to, the Capitol. SIDORSKI admits his conduct was intended to impede and disrupt the orderly conduct of Government business and official

Government functions. Finally, SIDORSKI admits that his conduct did, in fact, impede and disrupt the orderly conduct of Government business and official Government functions.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Jeffrey Q. McCarther
JEFFREY Q. MCCARTHER
Assistant United States Attorney
Missouri Bar No. 62224
Detailee – Federal Major Crimes
United States Attorney's Office
District of Columbia
Jeffrey.McCarther@usdoj.gov
(816) 426-4229

## DEFENDANT'S ACKNOWLEDGMENT

I, DENNIS SIDORSKI, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 1/21/22

Dennis Sidorski
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I, NIKKI LOTZE, have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: _____

Nikki Lotze
Attorney for Defendant

## DEFENDANT'S ACKNOWLEDGMENT

I, DENNIS SIDORSKI, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 1/20/2022

_____
Dennis Sidorski
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I, NIKKI LOTZE, have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 1/20/22

_____
Nikki Lotze
Attorney for Defendant