**Vitoria Burton**

45589 Hutchens Square
Sterling VA, 20166
(703) 863-1185
vitoria.burton@gmail.com

7th May 2022

**Judge Amy Berman Jackson**

Dear Judge Berman Jackson,

    Your honor I would like to be one final letter you read in reference to Dennis Sidorski.

    I have known Mr. Sidorski for close to 5 years now. I first met him while finishing high school and I am now going into my third year of college. While my father Ed Burton and Mr. Sidorski were working together they became good friends and I got to know Mr.Sidorski as well as his family. He has a beautiful and loving family who has supported him through this whole process. While everyone can say he is a good man from a work or family environment I would like to share my perspective of just a friend.

    Mr. Sidorski would be one of the first calls I would make if I was in trouble or hurt because I know he would drop everything to be there. As a young girl, I feel like it is important to write this to say that Mr. Sidorski is a good man who makes me feel safe. During times my parents were out of town Mr. SIdorski would drive by my parent's house to make sure I was okay and asked if I needed anything. During the pandemic, he went out of his way to bring my mom and I groceries and toilet paper so we would not have to go out in the craziness. Every time I have seen him he teaches me new things about life and roots for me to finish strong with school. He is compassionate and caring to everyone around him.

    He has admitted to me and anyone who will listen that he made a poor decision on January 6th, 2021. I respect him as a man and individual for fully admitting to being in the wrong and wanting to change. I have seen him lose his job and a way to support his wife and daughter, yet he still stayed positive and found a way to keep going on with his life. He has been heartbroken and distraught about this entire situation. To me, he is an important person in

society because he is the guy to stop in his tracks and help the elderly person cross the road, buy girl scout cookies from his neighbor, but most importantly be a good father and friend. I do not think this incident should define him as a person, it was a mistake that he has remorse towards. He loves this country something you do not hear anymore. As an American it is great to see someone care, however, he does know now how to love his country in a way that does not disrupt society.

He has been a role model to me despite this incident and has my full support during this process and after. Thank you for taking the time to listen to me, your honor. God bless you.

Respectfully,

Vitoria B. Burton