**Edward K Burton**

45589 Hutchens Square
Sterling, VA 20166
(703) 307-4777
edkburton@yahoo.com

7th May 2022

**Judge Amy Berman Jackson**

Dear Judge Berman Jackson,

Your honor, I am writing this letter in reference to my co-worker and best friend Dennis Sidorski.

Dennis has openly admitted to anyone that will listen that he made a terrible decision on the afternoon of January 6th, 2021.

My friend knows he has no one to blame but himself and has to pay his debt to society. Dennis has paid a price for his actions and understands he has more to do to get things right with his family and friends and this country that he loves.

Dennis comes from a family of law enforcement officers. His recently deceased father was a sheriff in New Jersey for 30-plus years. His brother is a detective with the new Jersey state police. His family accepted that Dennis made a terrible decision and is supporting him through the ordeal until the end.

Dennis has paid a heavy price for his admitted poor decision. He lost his job as an operations manager at ADEASA WASHINGTON DC. Dennis

worked for ADESASA for 22 years and was highly recognized for his outstanding work ethic and commitment to his team and all the employees at ADEASA.

I was the General Sales Manager with ADEASA WASHINGTON DC and got to witness firsthand his ability to lead by example. Dennis showed compassion for several employees that were going through tough times. I have personally witnessed him helping to keep lights on and food in the refrigerator for several workers and their families.

Since losing his position at ADEASA, Dennis has had to move on with his life and has taken a position in the Maintenance Department at Bowling Green Country Club in Front Royal, Virginia. He is doing an excellent job. For reference, I also have taken the position of Assistant General Manager at Bowling Green Country Club. Dennis has shown nothing but gratitude and leadership.

Now that we are at the moment of truth: I would like to state that Mr. Sidorski still loves his country and has figured out how best to show that support growing forward.

Your honor in your final sentencing please know Dennis has fully admitted his mistakes and bad judgment. He wants to continue to grow and never return to this type of situation again. Dennis will have support during and after this time passes. Thank you for taking the time to listen your honor. God bless you and our legal system.

        Respectfully,

        Edward K. Burton