Case 1:21-cr-00048-ABJ   Document 41-3   Filed 05/09/22   Page 1 of 3

From:  Jonathan Perhach <jon.perhach@gmail.com>
Sent:  Fri, Feb 25, 2022 at 5:19 pm
To:    Dennis Sidorski

To Whom It May Concern,

I have known Dennis Sidorski for 25 years.  I have had the privilege to work with him during this time and Dennis was one of my most loyal and dedicated employees that I have ever had. He is a very good leader and had the respect of his staff and fellow managers during his tenure with me.  I also had the privilege of having Dennis coach youth basketball and baseball with me as my son participated in these activities through the years.  Dennis was dependable, trustworthy and had the respect of the players and the players parents as well.  He had a great rapport with the kids and we truly enjoyed coaching and teaching the kids during this time.  I trust that Dennis and I will remain friends as we move forward in our lives.  Thank you.

Jon Perhach
Friend and co-worker.

January 21, 2022

Most Honorable Judge Amy Berman Jackson,

A mother struggles in prayer for the well being of her son. A mother's love is right, perhaps above all things on earth, and surely it is also most like the love of God's own heart. As one who trusts in God's reserve of goodness, I know Dennis's mother prays that you will understand that her son is truthful and lives a life of good intention. As well, Dennis's dad, who died recently on Jan 3, 2022, was a retired Captain of the Manville Police Department whose fellow officers have commended him for being "a consummate professional, leader, family man, and above all, a true gentleman". It has also been publicly posted that he was recognized for having saved another man's life. Dennis's parents are exceptional parents who have raised Dennis to reflect their virtues and values, and it is my observation over fifteen years of knowing him that he does.

Dennis is married to my daughter Kelly, and he is like the son I never had. He is a very caring individual who is ever willing to assist family, friends, and those in need. He is a hard worker, devoted husband, and a loving father to his daughter, a "miracle" child and blessing after 13 years of marriage – three-year-old Amelia.

As a professional, Dennis held a very responsible position for over 21 years, most recently as an operations manager with a noted performance history of maintaining positive working relationships with management, employees, and customers while also being an asset to his company for maintaining business efficiency. He recently and abruptly lost this position, and now struggles to financially provide for his family. If you were to ask Dennis how he was able to achieve corporate success, he would likely NOT tell you that he had attended Rutgers University, but rather, in his most humble way, give credit to the grace of God for any personal success. For as long as I have known him, Dennis has had an exemplary work ethic based on honest, painstaking effort. Above all, he is a humble, gracious, and exceedingly good young man with an enormous heart. Willful disobedience is NOT natural to his character. Rather he is close to God, a commendable family man, and a consciously good citizen.

I ask for your leniency on behalf of Dennis. His mother very much needs his support since the recent and unexpected death of her husband. Dennis also needs to find new employment so that he can responsibly provide for his family. As well, he needs to find another home since he and his wife found it necessary to sell their previous one because of his loss of employment.

For the past year, it has been the pleasure of my husband and I to have Dennis, Kelly, and our granddaughter live with us. As well, I understand their desire to seek a more independent family life such as they had prior to recent difficulties.

There are three important days in a man's life: the day he is born, the day of death, and the day he shall be judged. Dennis is a God loving, God fearing young man who knows what is right and will most certainly continue to live accordingly.

May Your Honor find reason to be lenient on this worthy young man.

Most Respectfully,

Carol Ann Mikoski

42816 Cedar Hedge St
South Riding, VA 20152

I am writing this letter on behalf of Dennis Sidorski as a character reference as well as being his friend for most of the time and now his current employer.

I have had the pleasure of knowing this man for approximately 10 years. During this time, he has started a new family of his own, he has settled into the father/ husband roles quite well providing for his wife, his young daughter and dog.

We originally met playing golf; it is a very peaceful soul-searching game that one can play where you are the whole team, it is you and only you to try to conquer.

This man grew up in a household being a policeman's son, now his brother is a homicide detective. His brother has also spent a good bit of time in the special victim's unit. This is a dedicated, patriotic family who believes in law and order. Just after this recent new year's holiday, Dennis and his family lost his father. Dennis has been trying to help his mom recently in her time of need. This is a good man.

When this January 6th scenario unfolded, he just wanted to see what was occurring to the government and our political democracy that day. He was not involved in planning the events. I would like to add that during this event, he did not break anything; he just wanted to witness the event. When people rushed the Capitol Police force and knocked a white female police officer to the ground and started to trample this poor girl, who came to her rescue to get the crowd back and help this mid thirty's white police lady from the Capitol Police force back up on her feet, Dennis Sidorski. He was near by and helped that officer. Feel free to do your fact checks on this too, he will pick the girl out of a picture line up so you can confirm this. After realizing that things were getting out of hand, he left. This is a good man.

Within the next few days, he lost his job after more than 20 years, due to the political climate that ensued. He was a department manager at the time there and was instrumental in starting a program that allow all the local and federal police officers to train their dogs in bombs and drugs at their jobsite in Dulles, Virginia. He worked his way up the ladder from the beginning days of doing landscaping with the company. He gives back to the needs of the community; this is a good man.

Two weeks went by, one day I called him up to ask if he wanted to work for me. He took the job, making a great deal less than he was making to keep his mind occupied and helping to pay some of his bills. He is an exceptionally good employee, always at work when scheduled and an industrious worker. His hopes are that you take the good of this person into your sentencing thoughts because he is a good man who was in the wrong place at the wrong time. I am proud to know and stand alongside this man, he is a great American.

Respectfully,

James J. Christy

Golf Course Superintendent

Bowling Green Country Club

838 Bowling Green Road Front Royal, Virginia 22630

703-975-8981 (mobile)

jchristy@bowlinggreencc.com